# VERIFIED RETURN OF SERVICE

| | |
|---|---|
| Insert name of court, judicial district or branch court, if any: <br> **United States District Court, District of Columbia** | |
| DEPOSITION/COURT DATE: | CASE NUMBER: <br> **1:05-CV-01332** |

| |
|---|
| PLAINTIFF/PETITIONER: <br> Service Employees International Union National Industry Pension Fund, et al |
| DEFENDANT/RESPONDENT: <br> Sodexho, Incorporated |
| DOCUMENTS SERVED: <br> 20 Day Summons, Complaint, Consent to Proceed Before a US Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before a US Magistrate Judge Initial Electronic Case Filing Order, |

Received on **07/13/2005** at **8:00 AM** to be served on:

**Sodexho, Inc. c/o The Prentice Hall Corporation System, MA**

I do hereby affirm that on **07/20/2005** at **10:16 AM** I served this process by:

**XXX CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Elinam Renner**     TITLE: **Agent for Service**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: <br> 11 East Chase Street <br> Baltimore, MD 21202 | FOR(Client): <br> Eunice H. Washington, Esq. <br> Service Employees International Union <br> 1313 L Street, N.W. <br> Washington, DC  20005 <br> 800-458-1010 |
|---|---|

| COMMENTS: <br> Black male, 28 years old, 6'1, 180 pounds, black hair, no glasses. |
|---|

| AUTHORIZATION: |
|---|

| DECLARATION: <br><br> *UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.* <br><br> NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | SIGNATURE: <br><br> X *D. Rosenberg for* <br> *Richard Barnett* <br> (Print Name) <br><br> State Service Corporation <br> 4030 Powerline Rd. <br> Ft. Lauderdale, FL  33309 <br> OUR FILE#: **64319** |
|---|---|