UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SODEXHO, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01332 (JDB)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

Respectfully submitted,

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, DC 20005
(202) 626-1440

Attorney for Plaintiffs

/s/ David R. Warner
David R. Warner
DC Bar No. 463079
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-8155

Attorney for Defendant

Dated: August 11, 2005